UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JESSE THOMPSON,<br>Institutional ID No. 103043<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LUBBOCK COUNTY DISTRICT, *et al.*,<br><br>　　　　　　Defendants. | No. 5:23-CV-00248-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated January 12, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JAMES WESLEY HENDRIX
　　　　　　　　　　　　　　　　United States District Judge